DANIEL MALAKAUSKAS, SBN 265903
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Telephone: 866-790-2242
Facsimile: 888-802-2440
Electronic Mail: daniel@malakauskas.com

Attorney for PLAINTIFF

VIVIANO AGUILAR, SBN 306029
Belden, Blaine, Raytis, LLP
5016 California Avenue, Suite 3
Bakersfield, CA 93309
Telephone: 661-864-7826
Facsimile: 661-878-9797
Electronic Mail: vaguilar@beldenblain.com

Attorneys for DEFENDANTS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| **CYNTHIA HOPSON**,<br><br>PLAINTIFF,<br><br>v.<br><br>**VEJAR'S, INC.**, as an entity and doing business as "Vejar's Mexican Restaurant and Cocktail Lounge", **MARKETABLE URBAN INVESTMENTS, LLC**, and DOES 1-10, inclusive,<br><br>DEFENDANTS. | Case No.: 1:17-cv-1346-LJO-SKO<br><br>**ORDER GRANTING STIPULATION TO WITHDRAW MOTION FOR DEFAULT JUDGMENT, SET ASIDE ENTRY OF DEFAULT AND GRANT DEFENDANTS TIME TO ANSWER**<br><br>(Doc. 18) |

# **ORDER:**

Pursuant to the parties "Stipulation to Withdraw Motion for Default Judgment, Set Aside Entry of Default, and Grant Defendants Time to Answer" (the "Stipulation") (Doc. 18), the Court hereby ORDERS that the Clerk's entry of default as to Defendants Vejars, Inc. and Marketable Urban Investments, LLC (Doc. 11) is SET ASIDE, and Plaintiff's Motion for Default Judgment (Doc. 12) is WITHDRAWN.

The Court FURTHER ORDERS, based on the Stipulation, that Defendants shall file a response to the complaint no later than May 31, 2018.

**The Scheduling Conference set for May 15, 2018, is hereby CONTINUED to July 5, 2018, at 10:15 a.m. in Courtroom 7, before the undersigned. The parties shall file a Joint Scheduling Report by no later than June 28, 2018.**

IT IS SO ORDERED.

Dated: **April 30, 2018**                              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE